[No. 22237-3-III. Division Three. September 30, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO MERAZ-OLIVEROS, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 03-1-00562-8, C. James Lust, J., entered July 16, 2003. *Affirmed in part* and *reversed in part* by unpublished opinion per Kurtz, J., concurred in by Sweeney, A.C.J., and Brown, J.

[No. 22301-9-III. Division Three. September 30, 2004.]

*In the Matter of the Marriage of* TERESIA SUE ELKIN, *Appellant*, and DEAN MARSHALL ELKIN, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 02-3-00070-1, Neal Q. Rielly, J., entered August 7, 2003. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz and Brown, JJ.

[Nos. 48707-8-I; 46733-6-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY MUMA, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 95-1-05290-4, James A. Noe, J. Pro Tem., entered January 16, 1996. *Affimed in part, reversed in part,* and *remanded* by unpublished per curiam opinion.

[No. 51682-5-I. Division One. October 4, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWIT TESFU FISSEHA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04451-2, Donald D. Haley, J., entered December 16, 2002. *Dismissed* by unpublished per curiam opinion.